## (August 22, 1983)

■ THOMAS S. WEST et al., Respondents, v SERVICE LEASING, INC., et al., Appellants, et al., Defendant. — Motion for reargument denied, without costs, and without prejudice to the motion for renewal at Special Term (see *Bernard v City School Dist.*, 96 AD2d 995). Motion for permission to appeal to the Court of Appeals denied, without costs. Sweeney, J. P., Kane, Main, Casey and Weiss, JJ., concur.

■ In the Matter of ROBERT E. DIZEK, Appellant, v JAMES RACETTE et al., Respondents. — Motion to restore an appeal previously withdrawn and discontinued by consent, or, in the alternative, to "so order" a stipulation of settlement, denied, without costs. Application for relief pursuant to CPLR article 78 denied upon the ground such application must be instituted before a Special Term of Supreme Court (CPLR 7804, subd [b]). Mahoney, P. J., Sweeney, Yesawich, Jr., Weiss and Levine, JJ., concur.

■ LEE A. SCHRADER, Appellant, v GORDON M. AMBACH, as Commissioner of the Department of Education of the State of New York, Respondent. — Motion for permission to appeal to this court denied, without costs, as unnecessary. The order sought to be appealed is appealable as of right (CPLR 5701, subd [a], par 1). Motion for stay pending appeal denied, without costs. Mahoney, P. J., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.